No. 5243.—COLÓN, apldo., *v.* MÉNDEZ, aplte.—C. D. Agua-dilla. ▮▮▮▮▮▮▮▮ Marzo 24, 1930.

Sin lugar la moción de desestimación por haberse conce-dido una prórroga al apelante, que no ha vencido, para pre-sentar alegato.

No. 3981.—PUEBLO, apldo., *v.* BAYRÓN, aplte.—C. D. Are-cibo. ▮▮▮▮▮▮▮▮▮ Marzo 24, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

POR CUANTO, en este caso, en el alegato en apelación no se presentan, en la forma dispuesta por las Reglas 42–43 de este tribunal, la relación del caso, y los señalamientos de error, separados, y de manera que puedan estudiarse y resolverse cada uno por sus méritos;

POR CUANTO, las reglas de este tribunal se dictaron para que sean observadas y su inobservancia puede ser causa de una desestimación,

POR TANTO, se desestima el recurso de apelación por no venir sostenido en alegato que se ajuste al Reglamento del Tribunal Supremo.